■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALBERT ALLEN, Also Known as LUTHER ALLEN, Appellant. LOUIS J. LEFKOWITZ, Attorney-General, Intervenor-Respondent. Judgment of the Supreme Court, Kings County, rendered January 20, 1975, affirmed *(People v Darson,* 48 AD2d 931; *People v Mercogliano,* 50 AD2d 907). Since defendant was sentenced prior to the amendment of section 70.06 of the Penal Law, he is not entitled to the benefit of its provisions. Martuscello, Acting P. J., Cohalan, Rabin, Shapiro and Titone, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS W. BOSTON, Appellant.—Judgment of the Supreme Court, Kings County, rendered July 26, 1974, affirmed (see *People v Allen,* 51 AD2d 748). Martuscello, Acting P. J., Cohalan, Rabin, Shapiro and Titone, JJ., concur.